ACCEPTED
 09-18-00122-CV
 NINTH COURT OF APPEALS
 BEAUMONT, TEXAS
 4/3/2018 1:50 PM
 CAROL ANNE HARLEY
 CLERK

 No. 09-18-00122-CV
 FILED IN
 9th COURT OF APPEALS
 IN THE COURT OF APPEALS BEAUMONT, TEXAS
 FOR THE NINTH DISTRICT OF TEXAS 4/3/2018 1:50:46 PM
 CAROL ANNE HARLEY
 Clerk

 AmeriGas Propane, L.P., appellant
 v.
 Jose Francisco Aboytes-Muñiz, Andy Medina-
 Cardenas and Bernabe Bustillo-Rivera, appellees

 On Appeal from the 284th Judicial District Court
 Montgomery County, Texas
 Tr. Ct. No. 15-09-09003

 NOTICE OF APPEARANCE OF ADDITIONAL AND LEAD COUNSEL

TO THE NINTH COURT OF APPEALS:

 Appellees, Jose Francisco Aboytes-Muñiz, Andy Medina-Cardenas

and Bernabe Bustillo-Rivera, file this notice of designation of counsel

adding Timothy A. Hootman as lead counsel. See TEX. R. APP. P. 6.1(c).

 Dale W. Felton and Lisa J. Mathews are currently listed as counsel in

the Court of Appeals for appellee, Jose Francisco Aboytes-Muñiz. Langdon

Smith, Michael Gomez and Kyle Schnitzer are currently listed as counsel in

the Court of Appeals for appellees, Andy Medina-Cardenas and Bernabe

Bustillo-Rivera. All appellees hereby designated Timothy A. Hootman as

additional counsel. Hootman will act as lead counsel.

 1
Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman SBN 09965450
thootman2000@yahoo.com
2402 Pease St
Houston, TX 77003
713.247.9548 (office)
713.366.6229 (cell)
713.583.9523 (fax)
ATTORNEY ON APPEAL AS LEAD FOR
APPELLEES, JOSE FRANCISCO ABOYTES-
MUÑIZ, ANDY MEDINA-CARDENAS AND
BERNABE BUSTILLO-RIVERA

/s/Dale W. Felton
Dale W. Felton SBN 06893000
dwf@dalefelton.com
18198 FM 362
Navasota, TX 77868
936.727.0450 (office)

Lisa J. Mathews SBN 24084454
lisamathewslaw@yahoo.com
2257 N. Loop 336 W. #140463
Conroe, TX 77304
936.718.1779
866.366.9656 (fax)
ATTORNEYS ON APPEAL AND IN THE
TRIAL COURT FOR APPELLEE, JOSE
FRANCISCO ABOYTES-MUÑIZ

/s/Langdon Smith
Langdon Smith SBN 00797456
lsmith@jimadler.com
Michael Gomez SBN 24029578
mgomez@jimadler.com
Kyle Schnitzer SBN 24083811
kschnitzer@jimadler.com
JIM S. ADLER & ASSOCIATES
3D International Tower
1900 West Loop South, 20th Fl.
Houston, TX 77027

2
 713.735.2114 (office)
 713.781.2514 (fax)
 ATTORNEYS ON APPEAL AND IN THE
 TRIAL COURT FOR APPELLEES, ANDY
 MEDINA-CARDENAS AND BERNABE
 BUSTILLO-RIVERA

 CERTIFICATE OF SERVICE
 I certify that on this day, the above document was served

electronically through the electronic filing manager or email on the parties

below.

 Jerry L. Mitchell, Jr.
 jmitchell@fulkersonlotz.com
 Wesley G. Lotz
 wlotz@fulkersonlotz.com
 Nick Brown
 nbrown@fulkersonlotz.com
 FULKERSON LOTZ LLP
 4511 Yoakum Blvd., Ste. 200
 Houston, TX 77004
 Byron C. Keeling
 bck@keelingdownes.com
 KEELING & DOWNES, P.C.
 1500 McGowen, Ste. 220
 Houston, TX 77004

Dated: April 3, 2018

 /s/Timothy A. Hootman
 Timothy A. Hootman

 3